IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILL DAVID McLEOD, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. A-09-CV-273-LY |
| RANDALLS FOOD MARKETS | § § § | |
| Defendant. | § § § § § § § | |

**CORRECTED JOINT [PROPOSED] SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by August 20 2009.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by July 23, 2009, and each opposing party shall respond, in writing, by August 6, 2009.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by August 27, 2009.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by September 10, 2009. Parties resisting claims for relief shall file

their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by October 1, 2009. All designations of rebuttal experts shall be filed within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before February 25, 2010. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than March 18, 2010. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 15 pages in length.

8. This case is set for trial (docket call) on July 20, 2010 at 9 a.m. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

**SIGNED AND ENTERED** this _____ day of _____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO FORM:**

Dated:  June 18, 2009

Respectfully submitted,

/s/ Will David McLeod
Will David McLeod
Plaintiff, pro se

Dated:  June 18, 2009

Respectfully submitted,

/s/ Adam J. Peters
Eduardo F. Cuaderes Jr.
State Bar No. 05200800
Adam J. Peters
State Bar No. 24046620
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas 75201.2931
214.880.8100; 214.880.0181 (Facsimile)
jcuaderes@littler.com
apeters@littler.com

ATTORNEYS FOR RANDALLS
FOOD MARKETS

Firmwide:90067477.3 021710.2046